# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
U.S. ... COURT
... -1 P 1: 55

... D Jay

THOMAS L. THOMAS,

       Plaintiff,

      v.

KAREN LAWSON; JANET BELL;
VINCENT CULLOTTA; DAVID A.
BASINSKI; and J. KELLY BROOKS,

      Defendants.

CIVIL ACTION NO.: 5:17-cv-8

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 4, to which Plaintiff filed Objections, dkt. no. 6. Plaintiff's Objections offer little more than the reiteration of the claims he set forth in his original Complaint, save his bare allegations that the Magistrate Judge acted as the Defendants' attorney in fact. Id. at p. 1.

The Court **OVERRULES** Plaintiff's Objections, as they are without merit. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Plaintiff's Complaint, **DENIES** Plaintiff's request for

injunctive relief, and **DENIES** Plaintiff *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.[1]

   **SO ORDERED**, this ____31____ day of ____August____, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff also filed a Motion for Default Judgment based on the named Defendants' failure to respond to his Complaint. Dkt. No. 7. As Defendants were not served with a copy of Plaintiff's Complaint, Defendants were under to attendant duty to respond to the allegations contained therein. Thus, the Court **DISMISSES as moot** Plaintiff's Motion.

AO 72A
(Rev. 8/82)